[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-11423
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 13, 2010
JOHN LEY
CLERK

D.C. Docket No. 1:09-cv-00717-TCB

VIAVIENTE TAIWAN, LP,

      Plaintiff-Counter-Defendant-Appellant,

      versus

UNITED PARCEL SERVICE, INC.,

      Defendant-Counter-Claimant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(August 13, 2010)

Before EDMONDSON, HULL and MARTIN, Circuit Judges.

PER CURIAM:

      After review of the briefs and record in this appeal, the Court affirms the

district court's orders, dated March 3, 2010 and April 13, 2010, which collectively

(1) declared that plaintiff VieViente Taiwan, LP ("ViaViente") is contractually obligated to indemnify defendant United Parcel Service, Inc. ("UPS") for all duties, taxes, penalties, and fines assessed by Taiwan customs authorities in connection with shipments of ViaViente products to Taiwan, and (2) granted summary judgment in favor of defendant UPS on plaintiff ViaViente's complaint and on UPS's counterclaims. We also affirm the district court's entry of an amended judgment in favor of UPS in the amount of $2,821.49 against ViaViente, for the reasons outlined in the district court's thorough and well-reasoned order of March 3, 2010.

**AFFIRMED.**